AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| SHAWN SILVER,<br><br>*Plaintiff(s)*<br>v.<br>SPILL THE TEA, INC., a Delaware corporation, AWDTSG, Inc., a Delaware corporation, TRANSGLOBAL ASSETS INC., et al<br>*Defendant(s)* | Civil Action No. 0:25-cv-61308-RLR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   SPILL THE TEA, INC., a Delaware corporation
REGISTERED AGENT: HARVARD BUSINESS SERVICES, INC.
16192 COASTAL HWY
LEWES, DELAWARE 19958

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MCRAE LAW OFFICES, P.A.
Attn: Mitchell T. McRae, Esq.
5300 Atlantic Avenue, Suite 412
Delray Beach, FL 33484
(561) 638-6600 (Ext. 1)
Email: mmcrae@mcraelawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jul 2, 2025



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ C.Davis
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| SHAWN SILVER,<br><br>*Plaintiff(s)*<br>v.<br>SPILL THE TEA, INC., a Delaware corporation, AWDTSG, Inc., a Delaware corporation, TRANSGLOBAL ASSETS INC., et al<br>*Defendant(s)* | Civil Action No. 0:25-cv-61308-RLR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  AWDTSG, INC., a Delaware corporation
REGISTERED AGENT: LEGALINC CORPORATE SERVICES INC.
131 CONTINENTAL DRIVE SUITE 305
NEWARK, DELAWARE 19713

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MCRAE LAW OFFICES, P.A.
Attn: Mitchell T. McRae, Esq.
5300 Atlantic Avenue, Suite 412
Delray Beach, FL 33484
(561) 638-6600 (Ext. 1)
Email: mmcrae@mcraelawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jul 2, 2025



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ C.Davis*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| SHAWN SILVER,<br><br>*Plaintiff(s)*<br>v.<br>SPILL THE TEA, INC., a Delaware corporation, AWDTSG, Inc., a Delaware corporation, TRANSGLOBAL ASSETS INC., et al<br>*Defendant(s)* | Civil Action No. 0:25-cv-61308-RLR |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TRANSGLOBAL ASSETS, INC., a Wyoming corporation
REGISTERED AGENT: 1 ACCURATE AGENT, INC.
810 PONY EXPRESS RD
CHEYENNE, WY 82009

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  MCRAE LAW OFFICES, P.A.
Attn: Mitchell T. McRae, Esq.
5300 Atlantic Avenue, Suite 412
Delray Beach, FL 33484
(561) 638-6600 (Ext. 1)
Email: mmcrae@mcraelawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jul 2, 2025



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ C.Davis*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| SHAWN SILVER,<br><br>*Plaintiff(s)*<br>v.<br>SPILL THE TEA, INC., a Delaware corporation, AWDTSG, Inc., a Delaware corporation, TRANSGLOBAL ASSETS INC., et al<br>*Defendant(s)* | Civil Action No.  0:25-cv-61308-RLR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* META PLATFORMS, INC., a Delaware corporation
REGISTERED AGENT: CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE
WILMINGTON. DELAWARE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MCRAE LAW OFFICES, P.A.
Attn: Mitchell T. McRae, Esq.
5300 Atlantic Avenue, Suite 412
Delray Beach, FL 33484
(561) 638-6600 (Ext. 1)
Email: mmcrae@mcraelawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jul 2, 2025



Angela E. Noble
Clerk of Court

SUMMONS

*s/ C.Davis*
Deputy Clerk
U.S. District Courts