UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:25-cv-61308-RLR

SHAWN SILVER,

                Plaintiff,

vs.

SPILL THE TEA, INC., a Delaware corporation, AWDTSG, Inc., a Delaware corporation, TRANSGLOBAL ASSETS INC., a Wyoming corporation, jointly and severally d/b/a DATEGUARD ARE WE DATING THE SAME GUY? - NASHVILLE, and META PLATFORMS, INC., a Delaware corporation,

                Defendants.
_____/

## SERVICE OF PROCESS STATUS REPORT

Plaintiff, SHAWN SILVER, through undersigned counsel provides this Service of Process Status Report.

Date of Report: August 1, 2025

| Defendant Name | Summonses Issued | Service Attempted | Service Made | Answer Due | Appearance |
|---|---|---|---|---|---|
| Spill The Tea, Inc. | 07/02/2025 | 07/15/2025 | 07/15/2025 | 8/5/2025 | N/A |
| AWDTSG, Inc. | 07/02/2025 | 07/14/2025 | 07/14/2025 | 08/4/2025 | N/A |
| Transglobal Assets Inc. | 07/02/2025 | 07/23/2025 | 07/23/2025 | 08/13/2025 | N/A |
| Meta Platforms, Inc. | 07/02/2025 | 07/14/2025 | 07/14/2025 | 08/18/2025 | 07/25/2025 |

**Defendant-Specific Notes**

Transglobal Assets Inc.:   Service made on 7/23/2025, awaiting the Return of Service.

Meta Platforms, Inc.:   Filed an Unopposed Motion for Enlargement of Time to Respond to Complaint on 07/25/2025; by Order entered on 07/25/2025, this Defendant's Response is due on 08/18/2025.

        Respectfully submitted by:

        MCRAE LAW OFFICES, P.A.
        Attorney for Plaintiff,
        SHAWN SILVER
        5300 West Atlantic Avenue, Suite 412
        Delray Beach, FL 33484
        (561) 638-6600
        (888) 308-6020 fax

           s/ Mitchell T. McRae
By: _____
        Mitchell T. McRae, Esq.
        mmcrae@mcraelawfirm.com
        FBN 441759


## **CERTIFICATE OF SERVICE**

    HEREBY CERTIFY that on this August 1, 2025, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

        /s/ *Mitchell T. McRae*
        Attorney