UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:25-cv-61308-KMM

SHAWN SILVER,

                Plaintiff,

vs.

SPILL THE TEA, INC., a
Delaware corporation,
AWDTSG, Inc., a Delaware
corporation, TRANSGLOBAL
ASSETS INC., a Wyoming
corporation, jointly and severally
d/b/a DATEGUARD ARE WE
DATING THE SAME GUY? - NASHVILLE,
and META PLATFORMS, INC.,
a Delaware corporation,

                Defendants.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT TRANSGLOBAL ASSETS INC.

      Plaintiff, SHAWN SILVER, through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses all claims against Defendant TRANSGLOBAL ASSETS INC., a Wyoming corporation, without prejudice. Defendant TRANSGLOBAL ASSETS INC., a Wyoming corporation, has not filed an answer or a motion for summary judgment in this matter.

      This dismissal does not affect Plaintiff's claims against the remaining Defendants.

Respectfully submitted by:

MCRAE LAW OFFICES, P.A.
Attorney for Plaintiff,
SHAWN SILVER
5300 West Atlantic Avenue, Suite 412
Delray Beach, FL 33484
(561) 638-6600
(888) 308-6020 fax

By: ____s/ Mitchell T. McRae_____
Mitchell T. McRae, Esq.
mmcrae@mcraelawfirm.com
FBN 441759

## CERTIFICATE OF SERVICE

HEREBY CERTIFY that on this August 6, 2025, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Mitchell T. McRae*
Attorney