**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| SHAWN SILVER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SPILL THE TEA, INC.,<br>a Delaware corporate, AWDTSG, Inc., a<br>Delaware corporation, TRANSGLOBAL<br>ASSETS INC., et al.<br><br>　　　　　　Defendant(s). | **CASE No. 0:25-cv-61308-KMM** |

**DECLARATION OF DIANA MARIE FASSBENDER IN SUPPORT OF META'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

I, Diana M. Fassbender declare as follows:

1.　I am a member of the Florida State Bar, admitted to practice before this Court. I am a partner at Orrick, Herrington & Sutcliffe LLP, and counsel of record for Meta Platforms, Inc. ("Meta"). I make this declaration in support of Meta's Unopposed Motion to Extend Time to Respond to Complaint ("Motion"). I am familiar with the facts of this case and, if called as a witness, I could and would testify competently to the matters stated herein of my own personal knowledge.

2.　On July 25, 2025, Meta filed an unopposed motion to extend its time to respond to the Complaint (ECF No. 11) seeking a 21-day extension of time in which to respond, as Meta had only recently retained counsel and required additional time in which to evaluate the pleadings and respond to the Complaint.

3.　On that same day, by paperless order, Judge Rosenberg granted in part and denied without prejudice in part Meta's Motion, granting Meta until August 18, 2025 (a 14-day extension) to respond to Plaintiff's Complaint (ECF No. 12).

4. Subsequently, on August 4, 2025, this case was reassigned to this Court for all further proceedings (ECF No. 14).

5. On August 7, 2025, I conferred with counsel for Plaintiff, Mitchell McRae, by telephone during which Mr. McRae agreed to provide certain additional background information in order to allow Meta to investigate the allegations of Plaintiff's Complaint, including related to the alleged Facebook posts at issue in the Complaint.

6. Counsel for Plaintiff also agreed to a 15-day extension of Meta's current deadline to respond to the Complaint. This short extension requested will allow Plaintiff to share information with Meta and in turn allow Meta to investigate Plaintiff's allegations.

I declare under penalty of perjury of the laws of the State of Florida and the laws of the United States that the foregoing is true and correct.

Executed on the 11th day of August, 2025 at Nashville, Tennessee.

Date: August 11, 2025

Respectfully submitted,

*/s/Diana Marie Fassbender*
Diana Marie Fassbender
Fla Bar ID #17095
dszego@orrick.com
Orrick Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street N.W.
Washington, DC  20005-1706
Tel: (202) 339-88533
Fax: (202) 339-8500

*Attorneys for Defendant Meta Platforms, Inc.*