UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:25-cv-61308-KMM

SHAWN SILVER,

                Plaintiff,

vs.

SPILL THE TEA, INC., a
Delaware corporation,
AWDTSG, Inc., a Delaware
corporation, TRANSGLOBAL
ASSETS INC., a Wyoming
corporation, jointly and severally
d/b/a DATEGUARD ARE WE
DATING THE SAME GUY? - NASHVILLE,
and META PLATFORMS, INC.,
a Delaware corporation,

                Defendants.
_____/

## PLAINTIFF'S MOTION FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANT SPILL THE TEA, INC.

Plaintiff, SHAWN SILVER, through undersigned counsel, files this Motion for Entry of Clerk's Default against Defendant, SPILL THE TEA, INC., and in support thereof states as follows:

1. Plaintiff filed the instant action on June 27, 2025. [DE 1]

2. On July 15, 2025, Plaintiff obtained service on Defendant SPILL THE TEA, INC., a Delaware corporation. [DE 10]

3. To date, Defendant has not filed an Answer or any type of responsive pleading with the Court although required to do so.

WHEREFORE, Plaintiff respectfully requests the Clerk of Court to enter a default against Defendant, SPILL THE TEA, INC., for failure to timely file an Answer or any type of responsive pleading in this action.

Respectfully submitted by:

MCRAE LAW OFFICES, P.A.
Attorney for Plaintiff,
SHAWN SILVER
5300 West Atlantic Avenue, Suite 412
Delray Beach, FL 33484
(561) 638-6600
(888) 308-6020 fax

    s/ Mitchell T. McRae
By: _____
Mitchell T. McRae, Esq.
mmcrae@mcraelawfirm.com
FBN 441759

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this August 11, 2025, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF. I further certify that the aforementioned document is being served on the Defendants SPILL THE TEA, INC. and AWDTSG, INC. via U.S. Mail at the addresses specified in the attached Service List.

/s/ *Mitchell T. McRae*
Attorney

## SERVICE LIST:

SHAWN SILVER vs. SPILL THE TEA, INC., a Delaware corporation, AWDTSG, Inc., a Delaware corporation, TRANSGLOBAL ASSETS INC., a Wyoming corporation, jointly and severally d/b/a DATEGUARD ARE WE DATING THE SAME GUY? - NASHVILLE, and META PLATFORMS, INC., a Delaware corporation

United States District Court Southern District of Florida

Case No. 0:25-cv-61308-KMM


**SPILL THE TEA, INC.**

**REGISTERED AGENT:**

Harvard Business Services, Inc.
16192 Coastal Hwy
Lewes, Delaware 19958

**VIA U.S. MAIL**

**AWDTSG, INC**.

**REGISTERED AGENT:**

Legalinc Corporate Services Inc.
131 Continental Drive Suite 305
Newark, Delaware 19713

**VIA U.S. MAIL**