UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:25-cv-61308-KMM

SHAWN SILVER,

                Plaintiff,

vs.

SPILL THE TEA, INC., a
Delaware corporation,
AWDTSG, Inc., a Delaware
corporation, TRANSGLOBAL
ASSETS INC., a Wyoming
corporation, jointly and severally
d/b/a DATEGUARD ARE WE
DATING THE SAME GUY? - NASHVILLE,
and META PLATFORMS, INC.,
a Delaware corporation,

                Defendants.
_____/

## **PROPOSED**

## FINAL DEFAULT JUDGMENT

THIS CAUSE came before the Court on Plaintiff's Motion for Entry of Default Final Judgment and Incorporated Memorandum of Law against Defendants, Spill The Tea, Inc. and AWDTSG, Inc. (the "Motion").

IT IS HEREBY ORDERED AND ADJUDGED as follows:

1. Plaintiff's Motion is GRANTED and Final Default Judgment is entered in favor of Plaintiff Shawn Silver and against Defendants, Spill The Tea, Inc., a Delaware corporation, and AWDTSG, Inc., a Delaware corporation ("Defendants").

2. Defendants Spill The Tea, Inc. and AWDTSG, Inc., jointly and severally d/b/a DATEGUARD ARE WE DATING THE SAME GUY? – NASHVILLE, and their officers,

agents, servants, employees, attorneys, successors, assigns, and all persons in active concert or participation with any of them, are hereby permanently enjoined and prevented from any further publication, distribution, or display of Plaintiff's image, likeness, or name (i) in connection with the Facebook group named DATEGUARD ARE WE DATING THE SAME GUY? – NASHVILLE, or similar group or derivative spinoff thereof, without Plaintiff's written consent, (ii) in connection with any commercial promotional purpose or enterprise operated for their own commercial benefit, as, e.g., to attract attention and generate engagement in a group or enterprise for monetization purposes, without Plaintiff's written consent, or (iii) reproducing Plaintiff's privately commissioned photograph images, whether altered or not, in an online forum for commercial benefit to Defendants Spill The Tea, Inc. and AWDTSG, Inc., wherein Plaintiff's name is attached to or referenced to such images in a misleading and humiliating context, without Plaintiff's written consent.

    3.  This Court reserves jurisdiction for purposes of enforcing this Final Default Judgment.

    DONE AND ORDERED in Miami, Florida this ___ day of _____, 2025.

_____
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

Copies provided:
All counsel of record