SHAWN SILVER vs. SPILL THE TEA, INC., a Delaware corporation, AWDTSG, Inc., a Delaware corporation, TRANSGLOBAL ASSETS INC., a Wyoming corporation, jointly and severally d/b/a DATEGUARD ARE WE DATING THE SAME GUY? - NASHVILLE, and META PLATFORMS, INC., a Delaware corporation

United States District Court Southern District of Florida

Case No. 0:25-cv-61308-KMM

**EXHIBIT 8**
Screenshot from Facebook Chat
Relevant to Affidavit of Shawn Silver with Exhibits in Support of Plaintiff's Motion for Entry of Default Final Judgment Against Defendants Spill the Tea, Inc. and AWDTSG, Inc.

