UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:25-cv-61308-KMM

SHAWN SILVER,

                Plaintiff,

vs.

SPILL THE TEA, INC., a
Delaware corporation,
AWDTSG, Inc., a Delaware
corporation, TRANSGLOBAL
ASSETS INC., a Wyoming
corporation, jointly and severally
d/b/a DATEGUARD ARE WE
DATING THE SAME GUY? - NASHVILLE,
and META PLATFORMS, INC.,
a Delaware corporation,

                Defendants.
_____/

## **JOINT NOTICE OF SELECTION OF MEDIATOR**

Pursuant to this Court's Order of Referral to Mediation dated September 29, 2025 [DE 41] Plaintiff Shawn Silver and Defendant Meta Platforms, Inc. have selected Mark E. Stein, 1680 Michigan Avenue, Suite 700 Miami Beach, FL 33139; Phone: 305-356-7550; Email: mark@marksteinlaw.com, as the mediator in this matter.

Dated: October 14, 2025

Respectfully submitted by:

**MCRAE LAW OFFICES, P.A.**

*/s/ Mitchell T. McRae*
Mitchell T. McRae
Florida Bar No. 441759
mmcrae@mcraelawfirm.com
5300 W. Atlantic Ave., Suite 412
Delray Beach, FL 33484
Telephone: (561) 638-6600
Facsimile: (888) 308-6020

*Attorneys for Plaintiff.*

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

*/s/ Diana Marie Fassbender*
Diana Marie Fassbender
Florida Bar No. 17095
dszego@orrick.com
2100 Pennsylvania Avenue NW
Washington, DC  20037
Telephone: (202) 339-8533
Facsimile: (202) 339-8500

*Attorneys for Defendant Meta Platforms, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this October 14, 2025, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF. I further certify that the aforementioned document is being served on the Defendants SPILL THE TEA, INC. and AWDTSG, INC. via U.S. Mail at the addresses specified in the attached Service List.

/s/ *Mitchell T. McRae*
Attorney

## **SERVICE LIST**:

SHAWN SILVER vs. SPILL THE TEA, INC., a Delaware corporation, AWDTSG, Inc., a Delaware corporation, TRANSGLOBAL ASSETS INC., a Wyoming corporation, jointly and severally d/b/a DATEGUARD ARE WE DATING THE SAME GUY? - NASHVILLE, and META PLATFORMS, INC., a Delaware corporation

United States District Court Southern District of Florida

Case No. 0:25-cv-61308-KMM

**SPILL THE TEA, INC**.

**REGISTERED AGENT:**

Harvard Business Services, Inc.
16192 Coastal Hwy
Lewes, Delaware 19958

**VIA U.S. MAIL**

**AWDTSG, INC**.

**REGISTERED AGENT:**

Legalinc Corporate Services Inc.
131 Continental Drive Suite 305
Newark, Delaware 19713

**VIA U.S. MAIL**